IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JELANI SOLOMON, </br></br> Petitioner, </br></br> vs. </br></br> WARDEN TRATE, FCI MCKEAN., </br></br> Respondent. | Civil Action No. 2:21-1521 </br></br> United States District Judge </br> Cathy Bissoon </br></br> United States Magistrate Judge </br> Maureen P. Kelly |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 28, 2022, Judge Kelly issued a Report ("R&R," Doc. 33) recommending denial of Plaintiff, Jelani Solomon's Motion Seeking Emergency Injunction (Doc. 24) and dismissal of Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 4), pursuant to the concurrent sentence doctrine.

Service of the R&R was made on Plaintiff, and he has filed Objections (Doc. 36). After a *de novo* review of the pleadings and documents in this case, together with the R&R, Plaintiff's Objections thereto, and all related briefing, Plaintiff's Objections (Doc. 36) are overruled, and Judge Kelly's R&R will be adopted as the opinion of the district court.

Accordingly, it hereby is ORDERED that Plaintiff's Motion Seeking Emergency Injunction (Doc. 24) is DENIED and that Plaintiff's Petition for a Writ of Habeas Corpus

under 28 U.S.C. § 2241 (Doc. 4) is DISMISSED. The Report and Recommendation (Doc. 33) of Magistrate Judge Kelly dated November 28, 2022, is ADOPTED as the Opinion of the Court.

    This action shall be marked CLOSED.

    IT IS SO ORDERED.

December 30, 2022                                          s\Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States District Judge

cc (via ECF email notification):
All Counsel of Record


cc (via U.S. Mail):

**JELANI SOLOMON**
08820-068
MCKEAN
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 8000
BRADFORD, PA 16701